```
ELAINE HARPER                   PORTFOLIO RECOVERY
307 GLENHAVEN CIR               120 CORPORATE BLVD
HATTIESBURG, MS 39401           NORFOLK, VA 23502



THOMAS C. ROLLINS, JR.          TARGET NB
THE ROLLINS LAW FIRM, PLLC      C/O FINANCIAL & RETAIL
P.O. BOX 13767                  MAILSTOP BT
JACKSON, MS 39236               PO BOX 9475
                                MINNEAPOLIS, MN 55440


ALLY FINANCIAL, INC             WELLS FARGO/DILLARDS
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
PO BOX 380901                   PO BOX 10438
BLOOMINGTON, IL 55438           DES MOINES, IA 50306


CAP1/KOHLS DEPT STORE
PO BOX 3115
MILWAUKEE, WI 53201



CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850



JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377



LVNV FUNDING/RESURGENT
ATTN: BANKRUPTCY
PO BOX 1269
GREENVILLE, SC 29602



MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193



PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502
```