Certificate Number: 06761-MSS-DE-040340165

Bankruptcy Case Number: 25-51471



06761-MSS-DE-040340165

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 19, 2025</u>, at <u>5:51</u> o'clock <u>PM CST</u>, <u>Elaine Harper</u> completed a course on personal financial management given <u>by internet</u> by <u>$$ Bankruptcy Debtor Education</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date: November 21, 2025

By: /s/Helen L. Cagle

Name: Helen L. Cagle

Title: Manager